

Date: 5/7/2015

To: The Honorable Frank D. Whitney
Chief United States District Judge

From: Valerie G. Debnam
United States Probation Officer

Subject: De La Cerda, Debora
Out-of-Country Travel Request
Case No: 3:12CR123-002

---

Ms. De La Cerda appeared before Your Honor on October 21, 2013, for the offense of Bringing in and Harboring Aliens and Aiding and Abetting the same in violation of 8 U.S.C.1324 (a) and 8 U.S.C.1324 (a)(1)(B). Ms. De La Cerda was sentenced to six (6) months imprisonment followed by one (1) year of supervised release. Supervised release began on October 3, 2014.  Ms. De La Cerda has since been supervised in the Southern District of Texas, Houston Division.

Ms. De La Cerda has submitted a request to travel to Puerto Vallarta, Mexico, for the purpose of visiting her family. Ms. De La Cerda will leave May 21, 2015, and return on May 24, 2015. She will stay at Playa Los Arcos Beach Hotel and Spa at Olas Altas #380 Col. Emiliano Zapata Puerto Vallarta Jalisco, Mexico.

The United States Probation Officer from the Southern District of Texas, has no objections to the offender's request for international travel, other than to note the nature of the instant offense of conviction and the offender's prior conviction for transporting aliens in 2007. There have been no known incidents or noncompliance to date.

It is the recommendation of the supervising officer that Ms. De La Cerda be allowed to travel to Puerto Vallarta, Mexico as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704)350-6656.

(x ) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

_____

Date

_____
Frank D. Whitney
Chief United States District Judge